# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMBUSTION SERVICES, INC., | : |
| Plaintiff | : NO. 4:CV-06-2416 |
| v. | : CIVIL ACTION - LAW |
| S & H EXPRESS, INC., S & H TRANSPORT, INC., B & M TRUCKING, and LARRY EDWARDS | : JUDGE |
| | : JURY TRIAL DEMANDED |
| Defendants | : |

## PETITON FOR REMOVAL

Defendants Brennen Moore Trucking, Inc., sued herein as B&M Trucking ("B&M Trucking"), and Larry Edwards (collectively, the "B&M Defendants"), pursuant to 28 U.S.C. § 1441 et seq., hereby file this Notice of Removal to the United States District Court for the Middle District of Pennsylvania and state as follows:

1.  Plaintiff Combustion Services, Inc. ("Plaintiff") initiated this action by filing a Complaint on July 13, 2006 in the Court of Common Pleas of York

1

County, Pennsylvania, under the caption <u>Combustion Services, Inc. v. S&H Express, Inc. et al.</u>, Docket No. 2006-SU-2228-Y01. A copy of the Complaint is attached hereto as Exhibit A.

2. On or about December 6, 2006, less than thirty days before the filing of this Notice, the B&M Defendants' first received notice of an Amended Complaint in this action, which was filed in the Court of Common Pleas, York County, Pennsylvania. A copy of the Amended Complaint is attached hereto as Exhibit B.

3. The Amended Complaint seeks to recover damages allegedly sustained by Plaintiff's Air Heater, which Plaintiff claims to have tendered to one or more of the Defendants for transportation by motor truck from York, Pennsylvania to Wylie, Texas. <u>See</u> Exhibit B, Amended Complaint, paragraphs 9-14.

4. The Amended Complaint further alleges that the damage to the Air Heater was allegedly sustained while in the course of transportation from York, Pennsylvania, to Wylie, Texas. <u>See</u> Exhibit B, Amended Complaint, paragraph 17.

5. Count I of the Amended Complaint alleges that one or more of the Defendants are liable to Plaintiff based on 49 U.S.C. § 14706 (the "Carmack Amendment") for the alleged damage to the Air Heater. <u>See</u> Exhibit B, Amended Complaint, paragraphs 23-31.

2

6.  The original Complaint did <u>not</u> contain a Count against the Defendants asserting liability based upon the Carmack Amendment. See Exhibit A, Complaint.

7.  All claims for loss or damage to cargo transported in interstate commerce are governed by the Carmack Amendment. See 49 U.S.C. § 14706(a)(1).

8.  This Court has original jurisdiction of this action under 28 U.S.C. § 1337 because it arises under an Act of Congress regulating commerce, namely, the Carmack Amendment, and because the matter in controversy exceeds $10,000, exclusive of interest and costs. Accordingly, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1337(a) and 1441(a) and (b).

9.  Because the Middle District of Pennsylvania encompasses York County, in which this action was filed, this action is properly removable to this Court.

10. Plaintiff first asserted its claim under the Carmack Amendment in the Amended Complaint. Plaintiff did not assert a claim under the Carmack Amendment in the original Complaint. As it is less than thirty days since Plaintiff first asserted a federal cause of action, via the Amended Complaint, removal is timely pursuant to 28 U.S.C. § 1446(b).

3

11. Defendant S&H Express, Inc., through its counsel, has consented in writing to the removal of this action to this Court. A copy of S&H Express, Inc.'s Consent to Removal is attached hereto as Exhibit C.

12. Defendant S&H Transport, Inc., through its counsel, has consented in writing to the removal of this action to this Court. A copy of S&H Transport, Inc.'s Consent to Removal is attached hereto as Exhibit D.

13. A copy of this Notice of Removal is being filed with the Court of Common Pleas, York County, Pennsylvania and served upon all adverse parties in accordance with 28 U.S.C. § 1446(d).

14. Copies of all of the pleadings, process, and orders received by the B&M Defendants in this action are attached hereto as Exhibit E (other than the Complaint and Amended Complaint, which are attached as Exhibits A and B, respectively).

WHEREFORE, Defendants Brennen Moore Trucking, Inc. and Larry Edwards remove this action to the United States District Court for the Middle District of Pennsylvania.

          McNEES WALLACE & NURICK LLC

By _____
    Michael R. Kelley
    I.D. No. 58854
    Kandice J. Giurintano
    I.D. No. 86345
    100 Pine Street
    P.O. Box 1166
    Harrisburg, PA 17108-1166
    (717) 232-8000

Andrew Karonis
Schindel, Farman & Lipsius, LLP
14 Penn Plaza, Suite 500
New York, NY 10122
Tel: (212) 563-1710 ext. 235
Fax: (212) 695-6602

Dated: December 18, 2006

*Attorneys for Defendants B&M Trucking and Larry Edwards*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was served by first-class mail, postage prepaid, upon the following:

>Thomas S. Brumbaugh, Esquire
>Thomas, Thomas & Hafer, LLP
>305 North Front Street
>P.O. Box 999
>Harrisburg, PA 17108

>James A. Wescoe, Esquire
>Rawle & Henderson LLP
>The Widener Building
>One South Penn Square
>Philadelphia, PA 19107

>Robert J. Foster, Esquire
>Reger Rizzo Kavulich & Darnall, LLP
>Cira Centre, 13th Floor
>2929 Arch Street
>Philadelphia, PA 19104-2899

Kandice J. Giurintano

*Counsel for Defendants B&M Trucking and Larry Edwards*

Dated: December 18, 2006

```
Court Name: Pennsylvania Middle
Division: 1
Receipt Number: 111000325
Cashier ID: chatcher
Transaction Date: 12/18/2006
Payer Name: MCNEES WALLACE NURICK LLC
-----------------------------------
CIVIL FILING FEE
 For: MCNEES WALLACE AND NURICK LLC
 Amount:      $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 60-1273/313
 Amt Tendered:  $350.00
-----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debt officially paid or
discharged. A fee of $45.00 will be
charged for returned checks.
```